No. 76–117. MITCHELL ET AL. *v.* INGRAM, COMMISSIONER OF EDUCATION OF TENNESSEE, ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 76–119. PICKENS *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 76–121. SCOTT PAPER CO. *v.* WATKINS ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–125. AMERICAN ELECTRO-COATINGS, INC. *v.* RANSBURG CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 76–131. HYNNING ET AL. *v.* BAKER ET AL. Sup. Ct. Va. Certiorari denied.

No. 76–133. FRUEHAUF CORP. *v.* TRUCK EQUIPMENT SERVICE CO. C. A. 8th Cir. Certiorari denied.

No. 76–139. SHELL OIL CO. ET AL. *v.* GAS-A-TRON OF ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–144. MATSUSHITA ELECTRIC CORPORATION OF AMERICA *v.* CITY OF FARMERS BRANCH ET AL. Sup. Ct. Tex. Certiorari denied.

No. 76–146. BURNS ET AL. *v.* CITY OF DES PERES ET AL. C. A. 8th Cir. Certiorari denied.

No. 76–148. BLOCK *v.* CONSINO ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–150. BRAVY ET AL. *v.* TULLY, COMMISSIONER, DEPARTMENT OF TAXATION AND FINANCE OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.